**SO ORDERED,**



**Judge Jason D. Woodard**

**United States Bankruptcy Judge**

**The Order of the Court is set forth below. The case docket reflects the date entered.**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF MISSISSIPPI

**IN RE: WENDELL BROWN**  　　　　　　　　　　　　**CHAPTER 13**

**DEBTOR**　　　　　　　　　　　　　　　　　　　**CASE NO. 19-10476-JDW**

## *AGREED* ORDER GRANTING MOTION TO MODIFY [DKT. # 43]

THIS MATTER came before the Court on the Motion to Modify the Chapter 13 Plan After Confirmation (Dkt. #43) (the "Motion") filed by the Debtor, and the response thereto filed by Locke D. Barkley, Chapter 13 Trustee (the "Trustee") (Dkt. #44). Upon agreement of the parties,

**IT IS, THEREFORE, ORDERED**, that Debtor's Confirmed Chapter 13 Plan (Dkt. #33) is modified to remove future payments to Ditech Financial in regards to Clm. #21-1.

**IT IS FURTHER ORDERED**, any insurance proceeds above the amount needed to satisfy Clm. #21-1 of Ditech Financial shall be paid to the Trustee for disbursement for nonpriority unsecured creditors.

**IT IS FURTHER ORDERED**, that the Chapter 13 Trustee shall amend the wage order as necessary to comply with the terms of this order.

#ENDOFORDER#

**Submitted by:**
**/s/Robert H. Lomenick**
KAREN B. SCHNELLER, MSB 6558

(JDW)

ROBERT H. LOMENICK, JR., MSB 104186
SCHNELLER & LOMENICK, P.A.
126 NORTH SPRING STREET
P.O. BOX 417
HOLLY SPRINGS, MS 39635
662-252-3224/karen.schneller@gmail.com
rlomenick@gmail.com
ATTORNEYS FOR DEBTOR

**AGREED TO:**

**/s/ W. Jeffrey Coller (RHL w/permission)**
W. Jeffrey Collier, Esq.
Attorney for Locke D. Barkley, Trustee
Northern District of Mississippi